**Opinion issued April 10, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00961-CV

————————————

## JAMES DENNIS PERKINS, Appellant

## V.

## WELLS FARGO BANK, Appellee

---

### On Appeal from the 268th District Court
### Fort Bend County, Texas
### Trial Court Case No. 12-DCV-201531

---

## MEMORANDUM OPINION

Appellant, James Dennis Perkins, has failed to timely file a brief. *See* TEX.

R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of

appellant to file brief). After being notified that this appeal was subject to

dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b)

(allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.